# UNITED STATES DISTRICT COURT
## for the
### Middle District of Tennessee

| | |
|---|---|
| REGIONS BANK | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | )  Civil Action No.  3:16-CV-02491 |
| DOUG JONES and JEFFREY EAST | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Doug Jones
c/o Sal Hernandez
RILEY WARNOCK & JACOBSON
1906 West End Avenue
Nashville, TN 37203    *Allison Carter*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Samuel P. Funk (#19777)
D. Gil Schuette (#30336)
SIMS|FUNK, PLC
3310 West End Ave., Ste. 410
Nashville, TN 37203
(615) 292-9335

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

*CLERK OF COURT*

SEP 2 7 2016

Date: _____

*Alta D Morgan*

*Signature of Clerk or Deputy Clerk*

RETURN COPY

Civil Action No. 3:16-CV-02491

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Doug Jones

was received by me on *(date)* 9-28-16 .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Allison Carter , who is

designated by law to accept service of process on behalf of *(name of organization)* Doug Jones

on *(date)* 9-28-16 ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-28-16 _____

_____
Server's signature

Todd Smith
_____
Printed name and title

3218 Lakeland Dr NV 37214
_____
Server's address

Additional information regarding attempted service, etc: